UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

XAVIER MUNOZ,

    Plaintiff,

                              CASE NO. 1:20-CV-984

v.

                              HON. ROBERT J. JONKER

MICHIGAN STATE UNIVERSITY, et al.,

    Defendants
                              /

**ORDER WITHDRAWING ORDER OF REFERENCE**

The Court was contacted by plaintiff's counsel on February 4 to advise the Joint Status Report (ECF No. 32), which indicated the parties consented to the referral of all further matters to the Magistrate Judge, was filed in error. An amended Joint Status Report (ECF No. 34) indicates the parties do not consent. Therefore, the Court withdraws its Order of Reference.

Dated:   February 5, 2021                /s/ Robert J. Jonker
                                                ROBERT J. JONKER
                                                CHIEF UNITED STATES DISTRICT JUDGE