UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


XAVIER MUNOZ,

        Plaintiff,                             Case No. 1:20–cv–984

    v.                                  Hon. Robert J. Jonker

PHILIP STRONG, et al.,

        Defendants.

_____/


## NOTICE OF HEARING


TAKE NOTICE that a hearing has been **rescheduled** as set forth below:


| | |
|---|---|
| Type of hearing(s): | Early Settlement Conference |
| Date/Time: | September 16, 2021   01:00 PM<br>*(previously set for same date at 2 PM)* |
| Magistrate Judge: | Sally J. Berens |
| Place/Location: | 664 Federal Building, Grand Rapids, MI |


                                         SALLY J. BERENS
                                         U.S. Magistrate Judge

Dated:  August 26, 2021        By:   /s/ Jenny Norton_____
                                        Courtroom Deputy