**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

XAVIER MUNOZ,

        PLAINTIFF,

V

PHILIP STRONG, DEAN OF STUDENTS
    IN HIS OFFICIAL CAPACITY,

MACKENZIE FRITTS, ASSOCIATE DEAN
      OF STUDENTS
    IN HER OFFICIAL CAPACITY,

STEVE SHABLIN, UNIVERSITY REGISTRAR
    IN HIS OFFICIAL CAPACITY,

TANYA JACHIMIAK, TITLE IX COORDINATOR
    IN HER OFFICIAL CAPACITY,

        DEFENDANTS.

CASE NO: 1:20-CV-984

HON. ROBERT J. JONKER

MAG. SALLY J. BERENS

**ATTORNEY FOR PLAINTIFF:**
 THE NICHOLS LAW FIRM, PLLC
 BY: MICHAEL J. NICHOLS (P59391)
 3452 East Lake Lansing Road
 East Lansing, Michigan 48823
 (517) 432-9000

**ATTORNEY FOR DEFENDANTS:**
 MSU OFFICE OF GENERAL COUNSEL
 BY: URIEL ABT (P84350)
 426 Auditorium Road
 East Lansing, Michigan 48824-2600
 (517) 353-3530

## STIPULATION TO DISMISS



ATTORNEYS

Michael J. Nichols
Wendy M. Schiller-Nichols
James T. Heos
Matthew J. Heos
Christopher B. Wickman
Jackee A. Moss
Eric R. Schroeder

3452 E. Lake Lansing Road
E. Lansing, MI 48823

(517) 432-9000
(800) 550-5892
(517) 203-4448 - facsimile
www.nicholslawyers.com

**NOW COME** the parties and hereby stipulate to a voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 42(a)(1)(A)(ii) without costs or attorney fees to either party.

Agreed:

*s/ Michael J. Nichols*             date: December 14, 2021
Michael J. Nichols (P59391)
For the Plaintiff

*s/ Uriel Abt*             date: December 14, 2021
Uriel Abt (P84350)
For all defendants

           Prepared by,

Dated: December 14, 2021     By:    /s/ Michael J. Nichols
           MICHAEL J. NICHOLS (P59391)
           THE NICHOLS LAW FIRM, PLLC
           Attorneys for Plaintiff
           3452 E. Lake Lansing Road
           East Lansing, MI 48823
           517-432-9000
           mnichols@nicholslaw.net



ATTORNEYS

Michael J. Nichols
Wendy M. Schiller-Nichols
James T. Heos
Matthew J. Heos
Christopher B. Wickman
Jackee A. Moss
Eric R. Schroeder

3452 E. Lake Lansing Road
E. Lansing, MI 48823

(517) 432-9000
(800) 550-5892
(517) 203-4448 - facsimile
www.nicholslawyers.com